IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **APRIL FORSTER,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| v. | : | No. 15-5831 |
| | : | |
| **CAROLYN W. COLVIN,** | : | |
| **Defendant.** | : | |
| | : | |

## ORDER

**AND NOW**, this 16th day of November, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's Response to Request for Review of Plaintiff, and Plaintiff's reply thereto, and after review of the Report and Recommendation of United States Magistrate Judge Thomas J. Rueter, it is hereby:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.

2. Commissioner of the Social Security Administration is **REVERSED** to the extent that the matter is **REMANDED** to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with United States Magistrate Judge Thomas J. Rueter's Report and Recommendation.

3. Judgment is entered in favor of plaintiff, reversing the decision of the Commissioner for the purpose of this remand only.

                                                          **BY THE COURT:**

                                                          /s/ Mitchell S. Goldberg
                                                          _____
                                                          **MITCHELL S. GOLDBERG, J.**